BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
Patrick R. Donahoe, Postmaster General
Of the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN WHELAN,<br><br>               Plaintiff,<br><br>        v.<br><br>PATRICK R. DONAHOE, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>               Defendant. | CASE NO.  2:12-CV-02305-JAM-GGH<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |

NOTICE IS HEREBY GIVEN that Patrick R. Donahoe has replaced John E. Potter as Postmaster General of the United States.  Accordingly, pursuant to Fed. R. Civ. P. 25(d), Patrick R. Donahoe is substituted as Defendant, and all further proceedings in this action shall "be in the substituted party's name."


Dated:  November 26, 2012                      BENJAMIN B. WAGNER
                                               United States Attorney


                                               */s/ J. Earlene Gordon*
                                               J. EARLENE GORDON
                                               Assistant United States Attorney

NOTICE OF SUBSTITUTION OF DEFENDANT AND                1
[PROPOSED] ORDER

**ORDER**

IT IS SO ORDERED.

Dated:   11/27/2012                                          /s/ John A. Mendez

                                                                          JOHN A. MENDEZ
                                                                          UNITED STATES DISTRICT COURT JUDGE