IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELEN WHELAN,

      Plaintiff,                                               No. CIV S-12-2305 KJM-KJN

    vs.

PATRICK R. DONAHUE, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,

      Defendants.                                          MEMORANDUM AND ORDER

/

        This matter is before the court on plaintiff, Helen Whelan's ("plaintiff"), motion to consolidate this case with case number 2:09-v-cv-03606 KJM-CKD, which plaintiff filed on September 13, 2012. (Mot. to Consolidate, ECF 6.) Plaintiff maintains consolidation is appropriate because "[p]laintiff in each action asserts substantially the same claims and raises substantially the same question of fact or law." (*Id.* at 2:10-12.) For the same reasons the court denied plaintiff's motion to consolidate in case number 2:09-cv-03606 KJM-CKD (ECF 119), the court DENIES plaintiff's motion to consolidate in this case.

        IT IS SO ORDERED.

DATED: February 13, 2013.

                                              UNITED STATES DISTRICT JUDGE

1