1  BENJAMIN B. WAGNER
United States Attorney
2  J. EARLENE GORDON
CHI SOO KIM
3  Assistant United States Attorneys
501 I Street, Suite 10-100
4  Sacramento, CA  95814
Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6  Attorneys for Defendant
Patrick R. Donahoe, Postmaster General
7  Of the United States

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELEN WHELAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK R. DONAHOE, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>　　　　　Defendant. | CASE NO. 2:12-cv-02305-TLN-CKD<br><br>**DEFENDANT'S EX PARTE APPLICATION TO EXTEND THE TIME FOR HIS REPLY IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT AND ORDER** |

　　　　Pursuant to Local Rule 144, Defendant Patrick R. Donahoe, Postmaster General of the United States, respectfully submits his ex parte application to extend the time for 1) his reply in support of his motion for summary judgment from January 23, 2014 to January 30, 2014; and 2) the hearing on his motion for summary judgment from January 30, 2014 to February 13, 2014. Extending the summary judgment reply and hearing dates will not affect other deadlines set in the case, such as the April 3, 2014 Final Pretrial Conference, the June 2, 2014 trial date, or other pretrial deadlines.  *See* 4/12/2013 Pretrial Scheduling Order (Dkt 20).  The parties have not requested any other extensions in this lawsuit.  Declaration of Chi Soo Kim, ¶ 2.

　　　　Lead trial counsel who drafted the motion for summary judgment became unexpectedly ill the evening of January 21, 2014 and is currently unable to work. *Id.* at ¶ 3.  Undersigned counsel contacted Plaintiff's counsel on January 22, 2014 to request a stipulation to extend dates, but

Plaintiff subsequently declined Defendant's request. *Id*. at ¶ 4. Counsel for both Plaintiff and Defendant are available for a February 13, 2014 hearing on Defendant's motion. *Id*. at ¶ 5. On February 13, 2014, the same counsel for the same parties are currently scheduled for a Further Final Pretrial Conference before this Court in the related 2009 lawsuit, *Whelan v. Donahoe*, Case No. 2:09-cv-03606 TLN-CKD. *Id*. In addition, chambers has confirmed that February 13, 2014 is an available hearing date for defendant's motion. *Id*.

Good cause is therefore established and Defendant respectfully requests that the Court grant his ex parte application to extend time.

Respectfully submitted,

DATED:  January 23, 2014                BENJAMIN B. WAGNER
                                        United States Attorney

                                    By: */s/ Chi Soo Kim*
                                        CHI SOO KIM
                                        Assistant United States Attorney

## ORDER

The deadline for Defendant's reply in support of his motion for summary judgment is extended from January 23, 2014 to January 30, 2014. The hearing on Defendant's motion for summary judgment is continued from January 30, 2014 to February 13, 2014 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 24, 2014

Troy L. Nunley
United States District Judge